■ Nancy Cirillo et al., Respondents, v Transportation Vehicles, Inc., et al., Defendants, and Edwin Pope et al., Appellants. — Order, Supreme Court,

New York County, entered on April 29, 1980, unanimously reversed, on the law, without costs and without disbursements, and the motion to dismiss granted. (See *Gager v White,* 78 AD2d 617.) Concur — Fein, Ross, Bloom and Carro, JJ.

Kupferman, J. P., concurs in a memorandum as follows: I concur on constraint of *Gager v White* (78 AD2d 617) and see discussion in the *New York Law Journal* of October 24, 1980 (p 1, col 2) and letter to the editor by Richard H. Bliss in the *New York Law Journal* of October 30, 1980 (p 2, col 6). See the illuminating discussion in New York State Law Digest by Professor David D. Siegel (No. 248, Aug., 1980, p 3, col 1), "Federal Judge, Holding Savchuk Not Retroactive, Certifies Issue to Second Circuit."